**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-6719

TERRENCE BOUDREAU,

Petitioner - Appellant,

versus

MARK JARVIS; NATHAN RICE; MICHAEL F. EASLEY,
Attorney General of North Carolina,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-83-30-5-BO)

Submitted:  September 25, 1997        Decided:  October 21, 1997

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Terrence Boudreau, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his belated motion for reconsideration of the denial of his petition filed under 28 U.S.C. § 2254 (1994) (current version at 28 U.S.C.A. 2254 (West 1994 & Supp. 1997)), and seeks authorization to have transcripts prepared at government expense. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and a certificate of appealability and dismiss the appeal on the reasoning of the district court. Boudreau v. Jarvis, No. CA-83-30-5-BO (E.D.N.C. May 9, 1997). Because Appellant has not demonstrated a particularized need, we deny his request to have transcripts prepared at government expense. See 28 U.S.C. § 753(f) (1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED